**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2029**

ANICA ASHBOURNE,

                 Plaintiff - Appellant,

      v.

TIMOTHY GEITHNER, Secretary, U.S. Department of Treasury
Internal Revenue Service (global High Wealth), a Component
of the U.S. Department of the Treasury; DONNA HANSBERRY,
Director, GHW; DONNA PRESTIA, Assistant Director, GHW;
THOMAS COLLINS, Territory Manager, GHW,

                 Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:11-
cv-02818-RWT; 8:11-cv-03199-RWT; 8:11-cv-03456-RWT)

Submitted:  December 20, 2012     Decided:  December 26, 2012

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anica Ashbourne, Appellant Pro Se.  Melanie Lisa Glickson,
OFFICE OF THE UNITED STATES ATTORNEY, Alex Gordon, Assistant
United States Attorney, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anica Ashbourne appeals the district court's order granting Defendants' motion to transfer her consolidated actions to the United States District Court for the District of Columbia, dismissing her Equal Pay Act claim for lack of subject matter jurisdiction, and denying her motion to proceed pseudonymously. Limiting our review to the issues raised in the informal brief, see 4th Cir. R. 34(b), we affirm the district court's order. Ashbourne v. Geithner, No. 8:11-cv-02818-RWT; 8:11-cv-03199-RWT; 8:11-cv-03456-RWT (D. Md. July 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

AFFIRMED